203 So.2d 88

**Arnold J. W. STELLY**

v.

**The FIDELITY AND CASUALTY COMPANY OF NEW YORK et al.**

No. 48885.

Oct. 20, 1967.

Writ refused. Under the facts found by the Court of Appeal there appears no error of law.

FOURNET, C. J., and McCALEB and HAMLIN, JJ. are of the opinion that a writ should be granted.